No. 97–8759. JONES *v.* PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–8760. MURILLO *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8762. WILSON *v.* BLACKWELL, ADMINISTRATOR, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN. C. A. 3d Cir. Certiorari denied.

No. 97–8763. WATSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–8768. SUTHERLIN *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 97–8772. SANDERS *v.* FLYNN ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–8775. JACKSON *v.* LEBLANC, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–8787. CYARS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–8790. COLBERT *v.* INOVA HEALTH CARE SERVICES. C. A. 4th Cir. Certiorari denied.

No. 97–8804. DE LA CRUZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–8806. JACKSON *v.* WEST VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8811. MARTINEZ *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8813. MAYS ET AL. *v.* CITY OF DAYTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–8829. KILGORE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.